UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WISCONSIN
PROCEEDING MEMO

**ADJ. to 6/14/10**

DATE: **6/7/10** TIME: **11:15 AM** Case No. **10-11174-7** Adv. Pro. _____

Debtor: **Amber R. Keller** ✓

Re: _____

APPEARANCES: For plaintiff(s)/debtor(s) **Pro Se**

For defendant(s)/movant(s)/creditor(s) **U.W. Credit Union, creditor**

Court Reporter: Elec.

NATURE OF PROCEEDING: **Pro Se Reaffirmation Agreement with UW Credit Union [2007 Chrysler Pacifica]**

OUTCOME:

____ settled; agreed order to be submitted by _____

____ granted; denied; W/D; approved; allowed; disallowed; sustained; overruled; dismissed; (circle one)

____ submitted order signed

____ taken under advisement _____

____ briefs due _____

____ judgment entered by the court pursuant to F.R.B.P. 9021: _____

____ FINAL HEARING/TRIAL scheduled: Date _____ Time _____
        Duration _____ (hours/days) Location _____

____ Other: Not approved 2 weeks to reconsider

FILED/REC'D 2010 JUN 14 PM 12:21 U.S. BANKRUPTCY COURT

☐ IT IS SO ORDERED

[signature]
ROBERT D. MARTIN
U. S. BANKRUPTCY JUDGE

☐ cc: parties in interest
☐ cc: parties appearing

4458